[No. 3636–7–III.   Division Three.   December 18, 1980.]

JUANITA KNIGHT, *Appellant,* v. WALLA WALLA
GENERAL HOSPITAL, *Respondent.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 66565, Yancey Reser, J., entered Octo-
ber 1, 1979. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 8173–0–I.   Division One.   December 22, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
KEITH GRIFFIN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–00059–7, Horton Smith, J., entered
October 19, 1979. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 8181–1–I.   Division One.   December 22, 1980.]

MILTON E. JONES, ET AL, *Appellants,* v. KEITH R.
FRYER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 56905, Byron L. Swedberg, J.,
entered November 9, 1979. *Affirmed* by unpublished opin-
ion per Callow, C.J., concurred in by James and Dore, JJ.